**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

THERESE SABREE,                         :    No. 225 WAL 2022
                                                    :
                    Respondent          :
                                                    :
                                                    :    Petition for Allowance of Appeal
                                                    :    from the Order of the Superior Court
            v.                                    :
                                                    :
                                                    :
ERNEST H. SHARIF,                     :
                                                    :
                    Petitioner              :


## ORDER


**PER CURIAM**

    **AND NOW**, this 17th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.